**Order entered November 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00079-CV

**EDDIE & SHIRLEY JONES AND ALL OCCUPANTS OF 1012 BIRCHWOOD LANE, DESOTO, TX 75115, Appellants**

V.

**HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF PEOPLE'S FINANCIAL REALTY MORTGAGE SECURITIES TRUST, SERIES 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1 Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. 13-06600-A**

## ORDER

Before the Court is appellants' November 18, 2014 motion for extension of time to file brief which, in light of our November 5, 2014 opinion dismissing the appeal for want of prosecution, we consider a motion for rehearing. In their motion, appellants explain the extension is necessary because they are pro se and have not had "adequate time" to prepare their brief. As outlined in our November 5th opinion, appellants have had ample time to file their brief. Their brief was first due June 2, 2014. They had an additional five months to file the brief and numerous warnings that failure to comply would result in dismissal before we dismissed their appeal. Based on their history of non-compliance, we **DENY** the motion.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE